UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**CARL GOLDEN**

**CRIMINAL ACTION**

**NO.   03-206-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued May 27, 2016, to which no objection was filed:

**IT IS ORDERED** that that the petitioner's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (R. Doc. 162) is denied as untimely pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied for the reasons set forth in the Magistrate Judge's Report issued May 27, 2016, (Doc. 175).

Signed in Baton Rouge, Louisiana, on June 15, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**